| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter __11__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **MATEO ENTERPRISE, INC. dba El Milagro Market** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 82-3040107 | |
| 4. | Debtor's address | **Principal place of business**<br><br>**11426 Pecos River Drive**<br>**Bakersfield, CA 93312**<br>Number, Street, City, State & ZIP Code<br><br>**Kern**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**575 Panama Lane Bakersfield, CA 93307**<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | _____ | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ | |

| Debtor | MATEO ENTERPRISE, INC. dba El Milagro Market | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, and it chooses to proceed under Subchapter V of Chapter 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

| Debtor | MATEO ENTERPRISE, INC. dba El Milagro Market | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

Where is the property? _____

Number, Street, City, State & ZIP Code

Is the property insured?

☐ No

☐ Yes.   Insurance agency _____
            Contact name _____
            Phone _____

---

**⬛ Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|

Debtor    **MATEO ENTERPRISE, INC. dba El Milagro Market**          Case number (*if known*) _____
          Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | MATEO ENTERPRISE, INC. dba El Milagro Market | Case number (if known) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 28, 2023
                MM / DD / YYYY

X  /s/ Salvador Carrera                                          **Salvador Carrera**
Signature of authorized representative of debtor                 Printed name

Title    **Chief Executive Officer**

**18. Signature of attorney**

X  /s/ Leonard K. Welsh                              Date  July 28, 2023
Signature of attorney for debtor                            MM / DD / YYYY

**Leonard K. Welsh 097954**
Printed name

**Law Office of Leonard K. Welsh**
Firm name

**1800 30th Street, Fourth Floor**
**Bakersfield, CA 93301**
Number, Street, City, State & ZIP Code

Contact phone    **661-328-5328**      Email address    **lwelsh@lkwelshlaw.com**

**097954 CA**
Bar number and State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of California

In re   **MATEO ENTERPRISE, INC. dba El Milagro Market**              Case No. _____
                                                    Debtor(s)         Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept _____   $   ~~See Attached~~

     Prior to the filing of this statement I have received _____   $   See Attached

     Balance Due _____   $   See Attached

2.   The source of the compensation paid to me was:

        ■ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

        ■ Debtor        ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
     any other adversary proceeding.**

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

July **28** , 2023                                  /s/ Leonard K. Welsh
*Date*                                              **Leonard K. Welsh 097954**
                                                    *Signature of Attorney*
                                                    **Law Office of Leonard K. Welsh**
                                                    **1800 30th Street, Fourth Floor**
                                                    **Bakersfield, CA 93301**
                                                    **661-328-5328   Fax: 661-760-9900**
                                                    **lwelsh@lkwelshlaw.com**
                                                    *Name of law firm*

ATTACHMENT

Debtor agreed to pay the Law Offices of Leonard K. Welsh a fee for legal services rendered in the present Chapter 11 Bankruptcy proceeding based on the following fees schedule:

| | |
|---|---|
| Leonard K. Welsh, Esq. | $400.00 per hour |
| Kathilee Welsh, Esq. | $250.00 per hour |
| Legal Assistants | $150.00 per hour |

plus costs.

Debtor paid a retainer of $30,000.00 to the Law Offices of Leonard K. Welsh before the filing of Debtor's Voluntary Petition Under Chapter 11. The Law Offices of Leonard K. Welsh applied $10,735.00 of the retainer to fees and costs incurred before the filing of Debtor's Chapter 11 case. The balance of the retainer received from Debtor is on deposit in the Law Offices of Leonard K. Welsh's Attorney-Client Trust Account and will be credited against fees and costs incurred in Debtor's Chapter 11 case.

All fees and costs incurred by the Law Offices of Leonard K. Welsh after July 31, 2023 will be paid after an Application for Allowance of Attorneys Fees and Costs is approved by the Bankruptcy Court as a part of Debtor's case.

**Fill in this information to identify the case:**

Debtor name  **MATEO ENTERPRISE, INC. dba El Milagro Market**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July **28**, 2023          X /s/ Salvador Carrera
                                         Signature of individual signing on behalf of debtor

                                         **Salvador Carrera**
                                         Printed name

                                         **Chief Executive Officer**
                                         Position or relationship to debtor

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>MATEO ENTERPRISE, INC. dba El Milagro Market</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF CALIFORNIA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. Real property:
   Copy line 88 from *Schedule A/B*...................................................................................................... $ _____ 0.00

   1b. Total personal property:
   Copy line 91A from *Schedule A/B*.................................................................................................. $ _____ 249,375.29

   1c. Total of all property:
   Copy line 92 from *Schedule A/B*.................................................................................................... $ _____ 249,375.29

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................... $ _____ 2,735,626.59

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. Total claim amounts of priority unsecured claims:
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $ _____ 0.00

   3b. Total amount of claims of nonpriority amount of unsecured claims:
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................. +$ _____ 121,430.40

4.   **Total liabilities** ...................................................................................................................................
   Lines 2 + 3a + 3b                                                                            $ _____ 2,857,056.99

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **MATEO ENTERPRISE, INC. dba El Milagro Market** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:       Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.** Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Wells Fargo Bank | Checking | 1980 | $46.29 |
| 3.2. | Wells Fargo Bank | Savings | 5300 | $50.00 |
| 3.3. | Wells Fargo Bank | Checking | 8499 | $50.00 |

**4.** Other cash equivalents *(Identify all)*

| | | |
|---|---|---|
| 4.1. | Money held by Salvador Carrera | $10,000.00 |

**5.** Total of Part 1.
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $10,146.29 |
|---|

### Part 2:       Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

Debtor    __MATEO ENTERPRISE, INC. dba El Milagro Market__          Case number *(if known)* _____
          Name

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials | | | | |
| 20. | Work in progress | | | | |
| 21. | Finished goods, including goods held for resale | | | | |
| 22. | Other inventory or supplies **Inventory** | | | | |
| | 575 Panama Lane Bakersfield, CA 93307 | | $0.00 | | $100,000.00 |

---

| 23. | **Total of Part 5.** | | $100,000.00 |
|---|---|---|---|
| | Add lines 19 through 22. Copy the total to line 84. | | |

24. **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value _____ 0.00  Valuation method _____  Current Value _____ 54,000.00

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

| Debtor | MATEO ENTERPRISE, INC. dba El Milagro Market | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** **Office furniture** | | | |
| See attached Exhibit "1" | $0.00 | | $1,000.00 |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** **Office Equipment** | | | |
| See attached Exhibit "1" | $0.00 | | $330.00 |
| **42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| | |
|---|---|
| **43.** **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | $1,330.00 |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

| Debtor | MATEO ENTERPRISE, INC. dba El Milagro Market | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

**Equipment, Machinery, and fixtures**

| See attached Exhibit "2" | | $0.00 | | $137,899.00 |
|---|---|---|---|---|

**51.**   **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| | $137,899.00 |
|---|---|

**52.**   **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.**   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**   **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**   **Internet domain names and websites** | | | |
| **62.**   **Licenses, franchises, and royalties**<br>**Beer and Wine License**<br><br>**Alcoholic Beverage Control**<br>**3021 Reynolds Ranch Parkway**<br>**Suite 150**<br>**Lodi, CA 95240**<br>---<br>**20-OFF Sale Beer and Wine 20-594857** | $0.00 | | $0.00 |
| **Business License**<br><br>**City of Bakersfield**<br>**1600 Truxtun Avenue**<br>**Bakersfield, CA 93301** | $0.00 | | $0.00 |
| **Seller's Permit**<br><br>**California Department of Tax and Fee Administration**<br>**1800 30th Street, Suite 380**<br>**Bakersfield, CA 93301** | $0.00 | | $0.00 |

Debtor    **MATEO ENTERPRISE, INC. dba El Milagro Market**          Case number *(If known)* _____
          Name

**Cigarette and Tobacco Retailer's License**

_____

**California Department of Tax**
**and Fee Administration**
**1800 30th Street, Suite 380**
**Bakersfield, CA 93301**
---
**License No. XX1389**                                    $0.00                                    $0.00

---

63.    Customer lists, mailing lists, or other compilations

64.    Other intangibles, or intellectual property

65.    Goodwill

66.    Total of Part 10.                                                          | $0.00 |
       Add lines 60 through 65. Copy the total to line 89.

67.    Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ■ No
       ☐ Yes

68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?
       ■ No
       ☐ Yes

69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?
       ■ No
       ☐ Yes

**Part 11:    All other assets**

70.    Does the debtor own any other assets that have not yet been reported on this form?
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ☐ No. Go to Part 12.
       ■ Yes Fill in the information below.

                                                                              Current value of
                                                                              debtor's interest

71.    Notes receivable
       Description (include name of obligor)

72.    Tax refunds and unused net operating losses (NOLs)
       Description (for example, federal, state, local)

73.    Interests in insurance policies or annuities
       **Commercial General Liability Insurance**

       _____
       **Berkshire Hathaway Direct Insurance Company**
       **c/o Biberk**
       **P.O. Box 113247**
       **Stamford, CT 06911**
       ---
       **Policy No. XX6140**                                                          $0.00

---

| Debtor | **MATEO ENTERPRISE, INC. dba El Milagro Market** | Case number *(If known)* _____ |
|---|---|---|

Name

**Worker's Compensation Insurance**

**Security National Insurance Company**
**c/o Burnham Risk & Insurance Solutions**
**15901 Red Hill Avenue, Ste. 100**
**Tustin, CA 92780**
---
**Policy No. XX3283**                                                      $0.00

**Liquor Liability Insurance**

**Berkshire Hathaway Direct Insurance Company**
**P.O. Box 113247**
**Stamford, CT 06911-3247**
---
**Policy No. XX6140**                                                      $0.00

**Property Insurance - Building**

**Berkshire Hathaway Direct Insurance Company**
**c/o Biberk**
**P.O. Box 113247**
**Stamford, CT 06911**
---
**Policy No. XX6140**                                                      $0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                   $0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor   **MATEO ENTERPRISE, INC. dba El Milagro Market**       Case number *(if known)* _____
         Name

<span style="background:black;color:white">Part 12:</span>   **Summary**

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10,146.29 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $100,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,330.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $137,899.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total. Add lines 80 through 90 for each column** | $249,375.29 + 91b. | $0.00 |

92. **Total of all property on Schedule A/B. Add lines 91a+91b=92**       $249,375.29

**EXHIBIT "1"**
**OFFICE EQUIPMENT AND FURNITURE**

| QTY | PRICE | TOTAL | DESCRIPTION | DEPARTMENT |
|---|---|---|---|---|
| | | | | |
| 2 | 50.00 | 100.00 | PRINTER | OFFICE |
| 2 | 100.00 | 200.00 | COMPUTERS | OFFICE |
| 1 | 30.00 | 30.00 | TV | OFFICE |
| | | 1,000.00 | DESKS, CHAIRS, FILE CABINETS | OFFICE |
| GRAND TOTAL | | 1,330.00 | | |

**EXHIBIT 2**
## EQUIPMENT AND FIXTURES

| QTY | PRICE | TOTAL | DESCRIPTION | DEPARTMENT |
|---|---|---|---|---|
| | | | | |
| 1 | 12,000.00 | 12,000.00 | WALKING COOLER | STORE |
| 1 | 12,000.00 | 12,000.00 | WALKING FREEZER | BAKERY |
| 1 | 8,000.00 | 8,000.00 | HOOD | KITCHEN |
| 1 | 15,000.00 | 15,000.00 | A/C UNIT | STORE |
| 2 | 10,000.00 | 20,000.00 | A/C UNIT | STORE |
| 1 | 450.00 | 450.00 | BAND SAW | MEAT DEPT |
| 1 | 10,000.00 | 10,000.00 | MEAT CASE | MEAT DEPT |
| 1 | 10,000.00 | 10,000.00 | FISH CASE | MEAT DEPT |
| 1 | 10,000.00 | 10,000.00 | GAS OVEN | BAKERY |
| 1 | 5,000.00 | 5,000.00 | STANDAR MIXER | BAKERY |
| 1 | 5,000.00 | 5,000.00 | 30 QT MIXER | BAKERY |
| 1 | 1,500.00 | 1,500.00 | GAS BROILER | KITCHEN |
| 1 | 1,300.00 | 1,300.00 | GAS GRIDDLE | KITCHEN |
| 1 | 500.00 | 500.00 | 4 BURNERS GAS STOVE | KITCHEN |
| 1 | 500.00 | 500.00 | DEEP FRYER | KITCHEN |
| 1 | 2,000.00 | 2,000.00 | PREP REFRIGERATOR | KITCHEN |
| 1 | 2,000.00 | 2,000.00 | DELI FRIDGE | STORE |
| 1 | 3,000.00 | 3,000.00 | PRODUCE FRIDGE | STORE |
| 1 | 1,800.00 | 1,800.00 | FROZEN FRIDGE | STORE |
| 2 | 1,500.00 | 3,000.00 | ICE FRIDGE | STORE |
| 1 | 1,500.00 | 1,500.00 | ICE MAKER | STORE |
| 1 | 2,000.00 | 2,000.00 | ATM | STORE |
| 2 | 50.00 | 100.00 | MONEY SORTER MACHINE | OFFICE |
| 2 | 1,000.00 | 2,000.00 | REGISTERS | STORE |
| 111 | 9.00 | 999.00 | SHELFS | STORE |
| 2 | 100.00 | 200.00 | SCALES | STORE |
| 5 | 50.00 | 250.00 | RACKS | STORE |
| 3 | 50.00 | 150.00 | MONITORS | STORE |
| 32 | 62.50 | 2,000.00 | CAMERAS | STORE |
| 1 | 300.00 | 300.00 | 3 COMP SINK | KITCEHN |
| 1 | 300.00 | 300.00 | 3 COMP SINK | BAKERY |
| 1 | 300.00 | 300.00 | 3 COMP SINK | MEAT DEPT |
| 1 | 100.00 | 100.00 | HAND SINK | STORE |
| 1 | 100.00 | 100.00 | HAND SINK | KITCHEN |
| 1 | 100.00 | 100.00 | HAND SINK | BAKERY |
| 1 | 100.00 | 100.00 | HAND SINK | MEAT DEPT |
| 1 | 150.00 | 150.00 | 1 COMP SINK/DRAIN BOARD | KITCEHN |
| 1 | 150.00 | 150.00 | 1 COMP SINK/DRAIN BOARD | BAKERY |
| 1 | 3,000.00 | 3,000.00 | WATER HEATER | STORE |
| 2 | 50.00 | 100.00 | WALL SHELF | STORE |
| 1 | 150.00 | 150.00 | FLOOR MOP SINK | STORE |
| 2 | 200.00 | 400.00 | WORK TABLE | MEAT DEPT |
| 2 | 200.00 | 400.00 | WORK TABLE | BAKERY |
| GRAND TOTAL | | 137,899.00 | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>MATEO ENTERPRISE, INC. dba El Milagro Market</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>EASTERN DISTRICT OF CALIFORNIA</strong></td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| **2.1** | **aNewtek Small Business Finance, LLC** | | $443,666.00 | $197,375.29 |
|---|---|---|---|---|

Creditor's Name

**1981 Marcus Avenue, Suite 130**
**Lake Success, NY 11042**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**11/2018**

**Last 4 digits of account number**

**1701**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All Accounts, Accounts Receivable, Goods, Inventory, Equipment and Fixtures, Liquor Licenses, anhd Deposit Accounts**

**Describe the lien**
**UCC Financing Statement filed 11/16/2018**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** | **bNewtek Small Business Finance, LLC** | | $156,666.85 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1981 Marcus Avenue, Suite 130**
**Lake Success, NY 11042-3000**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**11/2018**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**All Accounts, Accounts Receivable, Goods, Inventory, Equipment and Fixtures, Liquor Licenses, anhd Deposit Accounts**

**Describe the lien**
**UCC Financing Statement filed 11/28/2018**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Debtor | MATEO ENTERPRISE, INC. dba El Milagro Market | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7009**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply | | |
|---|---|---|---|
| ☒ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

---

| 2.3 | cU.S. Small Business Administration | Describe debtor's property that is subject to a lien | $584,900.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Inventory, Equipment, Deposit Accounts** | | |
| | **1545 Hawkins Blvd., Suite 202** | | | |
| | **El Paso, TX 79925** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **UCC Financing Statement filed 9/8/2020** | | |
| | | Is the creditor an insider or related party? | | |
| | | ☒ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | dApex Funding Source, LLC | Describe debtor's property that is subject to a lien | $13,300.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **All Accounts, All Deposit Accounts, Accounts Receivable, Equipment, Inventory** | | |
| | **c/o The Klein Law Firm** | | | |
| | **Empire State Building** | | | |
| | **350 Fifth Avenue, 59th Floor** | | | |
| | **New York, NY 10118** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **UCC Financing Statement filed 11/16/2022** | | |
| | | Is the creditor an insider or related party? | | |
| | | ☒ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☐ No | | |
| | **11/2022** | ☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | eBizfund, LLC | Describe debtor's property that is subject to a lien | $149,747.00 | $0.00 |
|---|---|---|---|---|

Debtor    **MATEO ENTERPRISE, INC. dba El Milagro Market**          Case number (if known) _____
          Name

| | |
|---|---|
| Creditor's Name | **Receivables** |
| **c/o Brian Schechter, Esq.** | |
| **315 Avenue U** | |
| **Brooklyn, NY 11223** | |
| Creditor's mailing address | **Describe the lien** |

**UCC Financing Statement recorded 2/14/2023**
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**2/2/2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**     **As of the petition filing date, the claim is:**
                                                                     Check all that apply
■ No                                                                 ☐ Contingent
☐ Yes. Specify each creditor,                                        ☐ Unliquidated
including this creditor and its relative                             ☐ Disputed
priority.

---

| | | |
|---|---|---|
| **2.6** | **fCloudfund, LLC / Delta Bridge** | Describe debtor's property that is subject to a lien | **$172,496.20** | **$0.00** |

Creditor's Name
**400 Rella Blvd., Suite 165-101**                 **Deposit Accounts, Accounts Receivable, Equipment, Inventory**
**Suffern, NY 10901**
Creditor's mailing address

**Describe the lien**
**UCC Financing Statement filed on 3/22/2023**
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**3/22/2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**     **As of the petition filing date, the claim is:**
                                                                     Check all that apply
■ No                                                                 ☐ Contingent
☐ Yes. Specify each creditor,                                        ☐ Unliquidated
including this creditor and its relative                             ☐ Disputed
priority.

---

| | | |
|---|---|---|
| **2.7** | **gWynwest Advance, LLC** | Describe debtor's property that is subject to a lien | **$177,222.21** | **$0.00** |

Creditor's Name                                    **Accounts Receivable**

**20200 West Dixie Highway**
**Miami, FL 33180**
Creditor's mailing address

**Describe the lien**
**UCC Financing Statement filed 4/26/2023**
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**4/19/2023**
**Last 4 digits of account number**

| Debtor | MATEO ENTERPRISE, INC. dba El Milagro Market | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |

| 2.8 | hFinancial Pacific Leasing, Inc. | Describe debtor's property that is subject to a lien | $71,323.33 | $52,000.00 |
|---|---|---|---|---|
| | Creditor's Name | Meat Case, Fish Case, Restaurant Hood, Walk-in Freezer, and Walk-in Cooler | | |
| | 3455 S. 344th Way, No. 300 Federal Way, WA 98001-9546 | | | |
| | Creditor's mailing address | **Describe the lien** <br> UCC Financing Statement filed 5/15/2023 | | |
| | | **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** <br> ☐ No | | |
| | **Date debt was incurred** <br> 5/15/2023 | ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Last 4 digits of account number** <br> 5302 | | | |
| | **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| 2.9 | iGrand Funding Source, LLC | Describe debtor's property that is subject to a lien | $524,650.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | All Personal Property, All Accounts, Deposit Accounts | | |
| | 180 Maiden lane New York, NY 10038 | | | |
| | Creditor's mailing address | **Describe the lien** <br> UCC Financing Statement filed 6/21/2023 | | |
| | | **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** <br> ☐ No | | |
| | **Date debt was incurred** <br> 6/13/2023 | ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |

| 2.10 | jEverest Business Funding | Describe debtor's property that is subject to a lien | $296,655.00 | $0.00 |
|---|---|---|---|---|

| Official Form 206D | Additional Page of Schedule D: Creditors Who Have Claims Secured by Property | page 4 of 6 |
|---|---|---|

Debtor  **MATEO ENTERPRISE, INC. dba El Milagro Market**          Case number (if known) _____
        Name

| | |
|---|---|
| Creditor's Name | **Future Receipts such as cash, check, ACH, or** |
| | **other electronic transfer, credit card, bank** |
| **8200 NW 52nd Terrace** | **card, charge card or other form of monetary** |
| **2nd Floor** | **payment in the ordinary course of business** |
| **Miami, FL 33166** | |
| Creditor's mailing address | Describe the lien |
| | **UCC Financing Statement filed 6/22/2023** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ☐ No |
| **3/3/2023** | ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H) |
| Last 4 digits of account number | |
| **Do multiple creditors have an** | As of the petition filing date, the claim is: |
| **interest in the same property?** | Check all that apply |
| ■ No | ☐ Contingent |
| | ☐ Unliquidated |
| ☐ Yes. Specify each creditor, | ☐ Disputed |
| including this creditor and its relative | |
| priority. | |

---

**2.1 1** | **kRBLX Funding, LLC** | Describe debtor's property that is subject to a lien | **$145,000.00** | **$0.00**

| | |
|---|---|
| Creditor's Name | **Equipment, Fixtures, Inventory, Accounts,** |
| **500 West Putnam Avenue** | **Accounts Receivables, Credit Card** |
| **Suite 400** | **Receivables** |
| **Greenwich, CT 06830** | |
| Creditor's mailing address | Describe the lien |
| | **UCC Financing Statement filed 6/27/2023** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ☐ No |
| **5/18/2023** | ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H) |
| Last 4 digits of account number | |
| **Do multiple creditors have an** | As of the petition filing date, the claim is: |
| **interest in the same property?** | Check all that apply |
| ■ No | ☐ Contingent |
| | ☐ Unliquidated |
| ☐ Yes. Specify each creditor, | ☐ Disputed |
| including this creditor and its relative | |
| priority. | |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$2,735,626.59**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Debtor   **MATEO ENTERPRISE, INC. dba El Milagro Market**          Case number (if known) _____
         Name

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Apex Funding Source, LLC**<br>c/o Fiserv<br>Attn: Matt Mroz<br>3975 NW 120th Avenue<br>Coral Springs, FL 33065 | Line __2.4__ | |
| **Cloudfund, LLC**<br>c/o Boris Yankovich, Esq.<br>1 World Trade Center, Suite 8500<br>New York, NY 10007 | Line __2.6__ | |
| **Financial Pacific Leasing**<br>P.O. Box 848779<br>Los Angeles, CA 90084 | Line __2.8__ | |
| **Financial Pacific Leasing, inc.**<br>P.O. Box 4568<br>Federal Way, WA 98001 | Line __2.8__ | |
| **Grand Funding Source, LLC**<br>c/o Jacob Verstandig<br>Ershowsky Verstandig<br>290 Central Avenue, Suite 109<br>Lawrence, NY 11559 | Line __2.9__ | |
| **RBLX Funding, LLC**<br>2613 E. 16th Street<br>Brooklyn, NY 11235 | Line __2.11__ | |
| **RBLX Funding, LLC**<br>c/o Hassett & George<br>945 Hopmeadow Street<br>Simsbury, CT 06070 | Line __2.11__ | |
| **U.S. Small Business Administration**<br>P.O. Box 3918<br>Portland, OR 97208-3918 | Line __2.3__ | |
| **U.S. Small Business Administration**<br>Office of General Counsel<br>312 N. Spring Street, 5th Floor<br>Los Angeles, CA 90012 | Line __2.3__ | |
| **U.S. Small Business Administration**<br>Covid EIDL Service Center<br>14925 Kingsport Road<br>Fort Worth, TX 76155 | Line __2.3__ | |
| **Wynwest Advance, LLC**<br>c/o Issac H. Greenfield<br>Law Offices of Isaac H. Greenfield<br>2 Executive Blvd, Ste. 305<br>Suffern, NY 10901 | Line __2.7__ | |

**Fill in this information to identify the case:**

Debtor name    **MATEO ENTERPRISE, INC. dba El Milagro Market**

United States Bankruptcy Court for the:   **EASTERN DISTRICT OF CALIFORNIA**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,108.86** |
|---|---|---|---|
|  | **Bank of America Business Advantage**<br>**P.O. Box 660441**<br>**Dallas, TX 75266-0441** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|  | Date(s) debt was incurred __ | Basis for the claim: **Credit Card Purchases** | |
|  | Last 4 digits of account number **0130** | Is the claim subject to offset? ☑ No ☐ Yes | |

| **3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$221.87** |
|---|---|---|---|
|  | **Chase**<br>**Cardmember Services**<br>**P.O. Box 6294**<br>**Carol Stream, IL 60197** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|  | Date(s) debt was incurred __ | Basis for the claim: **Credit Card Purchases** | |
|  | Last 4 digits of account number **1390** | Is the claim subject to offset? ☑ No ☐ Yes | |

| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,875.07** |
|---|---|---|---|
|  | **Costco Anywhere Visa**<br>**Citi Cards**<br>**P.O. Box 78019**<br>**Phoenix, AZ 85062-8019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|  | Date(s) debt was incurred __ | Basis for the claim: **Credit Card Purchases** | |
|  | Last 4 digits of account number **6466** | Is the claim subject to offset? ☑ No ☐ Yes | |

| **3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,010.80** |
|---|---|---|---|
|  | **First National Bank of Omaha**<br>**P.O. Box 2818**<br>**Omaha, NE 68103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|  | Date(s) debt was incurred __ | Basis for the claim: **Credit Card Purchases** | |
|  | Last 4 digits of account number **4190** | Is the claim subject to offset? ☑ No ☐ Yes | |

47160

| Debtor | MATEO ENTERPRISE, INC. dba El Milagro Market | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| **3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,503.57 |
|---|---|---|---|

**Home Depot Credit Services**
Dept 32-2216673941
P.O. Box 9001030
Louisville, KY 40290-1030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Credit Card Purchases

Last 4 digits of account number **3941**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,696.89 |
|---|---|---|---|

**LoanMe, Inc.**
1900 S. State Collega Blvd.
Suite 300
Anaheim, CA 92806

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/3/2020**

**Basis for the claim:** Loan

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $864.48 |
|---|---|---|---|

**Lowes Business Advantage Card**
P.O. Box 530970
Atlanta, GA 30353-0970

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Credit card Purchases

Last 4 digits of account number **9757**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3 8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $227.57 |
|---|---|---|---|

**Office Depot Business Card**
P.O. Box 790449
Saint Louis, MO 63179-0449

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Credit Card Purchases

Last 4 digits of account number **2139**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $4,419.48 |
|---|---|---|---|

**Sam's Club - Master Card**
P.O. Box 960013
Orlando, FL 32896-0013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Credit Card Purchases

Last 4 digits of account number **7366**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $11,070.06 |
|---|---|---|---|

**US Bank Business Card**
P.O. Box 6353
Fargo, ND 58125-6353

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Credit Card purchases

Last 4 digits of account number **0802**

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,074.90 |
|---|---|---|---|

**Wells Fargo Buciness Card**
P.O. Box 29482
Phoenix, AZ 85038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Credit Card Purchases

Last 4 digits of account number **4655**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | MATEO ENTERPRISE, INC. dba El Milagro Market | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,356.85 |
|---|---|---|---|
| | **Wells Fargo Business Card** | ☐ Contingent | |
| | **P.O. Box 29482** | ☐ Unliquidated | |
| | **Phoenix, AZ 85038-8650** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Credit Card Purchases__ | |
| | Last 4 digits of account number __0553__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Home Depot Credit Services** **P.O. Box 790345** **Saint Louis, MO 63179-0345** | Line __3.5__ ☐ Not listed. Explain ____ | — |
| 4.2 | **Sam's Club/Synchrony** **P.O. Box 965004** **Orlando, FL 32896-5004** | Line __3.9__ ☐ Not listed. Explain ____ | — |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $            0.00 |
| 5b. Total claims from Part 2 | 5b.  +  $ | 121,430.40 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $         121,430.40 |

| Fill in this information to identify the case: |
|---|
| Debtor name      **MATEO ENTERPRISE, INC. dba El Milagro Market** |
| United States Bankruptcy Court for the:   EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Contract Type: Commercial Building Lease Description: 575 Panama Lane, Bakersfield, CA Terms: 10 year Lease - $7,586.00 per month Beginning Date: July 24, 2023** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Salvador Carrera 11426 Pecos River Drive Bakersfield, CA 93312** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Contract Type: Equipment Lease Description: 1000 Gallon Grease Interceptor Terms: $668.54 per month for 33 months Beginning Date: July 2022 Debtor's Interest: Lessee** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **TimePayment 200 Summit Drive, Suite 100 Burlington, MA 01803** |

| Fill in this information to identify the case: |
|---|

Debtor name    **MATEO ENTERPRISE, INC. dba El Milagro Market**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Salvador and Maria Carrera** | **11426 Pecos River Drive Bakersfield, CA 93312** | **aNewtek Small Business Finance, LLC** | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Salvador and Maria Carrera** | **11426 Pecos River Drive Bakersfield, CA 93312** | **bNewtek Small Business Finance, LLC** | ■ D ___2.2___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Salvador Carrera** | **11426 Pecos River Drive Bakersfield, CA 93312-5765** | **jEverest Business Funding** | ■ D ___2.10___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Salvador Carrera** | **11426 Pecos River Drive Bakersfield, CA 93312-5765** | **cU.S. Small Business Administration** | ■ D ___2.3___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Salvador Carrera** | **11426 Pecos River Drive Bakersfield, CA 93312-5765** | **gWynwest Advance, LLC** | ■ D ___2.7___ <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | MATEO ENTERPRISE, INC. dba El Milagro Market | | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | | Column 2: Creditor | |

| 2.6 | Salvador Carrera | 11426 Pecos River Drive<br>Bakersfield, CA 93312-5765 | kRBLX Funding, LLC | ■ D  **2.11**<br>☐ E/F ____<br>☐ G ____ |
|---|---|---|---|---|
| 2.7 | Salvador Carrera | 11426 Pecos River Drive<br>Bakersfield, CA 93312-5765 | eBizfund, LLC | ■ D  **2.5**<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | Salvador Carrera | 11426 Pecos River Drive<br>Bakersfield, CA 93312-5765 | fCloudfund, LLC /<br>Delta Bridge | ■ D  **2.6**<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | Salvador Carrera | 11426 Pecos River Drive<br>Bakersfield, CA 93312-5765 | iGrand Funding<br>Source, LLC | ■ D  **2.9**<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | Salvador Carrera | 11426 Pecos River Drive<br>Bakersfield, CA 93312-5765 | dApex Funding<br>Source, LLC | ■ D  **2.4**<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | Salvador Carrera | 11426 Pecos River Drive<br>Bakersfield, CA 93312-5765 | hFinancial Pacific<br>Leasing, Inc. | ■ D  **2.8**<br>☐ E/F ____<br>☐ G ____ |
| 2.12 | Salvador Carrera | 11426 Pecos River Drive<br>Bakersfield, CA 93312-5765 | LoanMe, Inc. | ☐ D ____<br>■ E/F  **3.6**<br>☐ G ____ |

Fill in this information to identify the case:

Debtor name    **MATEO ENTERPRISE, INC. dba El Milagro Market**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

**1. Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  1/01/2023 to Filing Date | ■ Operating a business<br>☐ Other  _____ | $746,328.62 |
| **For prior year:**<br>From  1/01/2022 to 12/31/2022 | ■ Operating a business<br>☐ Other  _____ | $1,461,425.77 |
| **For year before that:**<br>From  1/01/2021 to 12/31/2021 | ■ Operating a business<br>☐ Other  _____ | $1,662,776.00 |

**2. Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|
| | |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| | | | |

Debtor    **MATEO ENTERPRISE, INC. dba El Milagro Market**      Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Bizfund, LLC**<br>315 Avenue U<br>Brooklyn, NY 11223 | 6/1/23 =<br>$10,937.00<br>6/8/23 =<br>$10,937.00<br>6/15/23 =<br>$10,937.00<br>5/4/23 =<br>$10,937.00<br>5/11/23 =<br>$10,937.00<br>5/18/23 =<br>$10,937.00<br>5/25/23 =<br>$10,937.00 | $76,559.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Cloudfund, LLC**<br>400 Rella Blvd., Suite 165-101<br>Suffern, NY 10901 | 6/1/23 =<br>$12,321.15<br>6/8/23 =<br>$12,321.15<br>6/15/23 =<br>$12,321.15<br>5/4/23 =<br>$12,321.15<br>5/11/23 =<br>$12,321.15<br>5/18/23 =<br>$12,321.15<br>5/25/23 =<br>$12,321.15 | $86,248.05 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Grand Funding Source, LLC**<br>180 Maiden lane<br>New York, NY 10038 | 6/1/23 =<br>$23,421.88<br>6/7/23 =<br>$23,421.88<br>6/16/23 =<br>$29,980.00 | $76,823.76 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **RBLX Funding, LLC**<br>500 West Putnam Avenue<br>Suite 400<br>Greenwich, CT 06830 | 6/2/23 =<br>$15,625.00<br>6/9/23 =<br>$15,625.00<br>6/16/23 =<br>$15,625.00<br>5/26/23 -<br>$15,625.00 | $62,500.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **MATEO ENTERPRISE, INC. dba El Milagro Market**          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.5. **Wynwest Advance, LLC** 20200 West Dixie Highway Miami, FL 33180 | 6/7/23 = $12,888.89 6/7/23 = $12,888.89 6/14/23 = $12,888.89 5/3/23 = $12,888.89 5/10/23 = $12,888.89 5/17/23 = $12,888.89 5/24/23 = $12.888/89 5/31/23 = $12,888.89 | $103,111.12 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.6. **Apex Funding Source, LLC** c/o The Klein Law Firm Empire State Building 350 Fifth Avenue, 59th Floor New York, NY 10118 | 6/7/23 = $10,810.00 6/14/23 = $10,810.00 5/3/23 = $10,810.00 5/10/23 = $10,810.00 5/17/23 = $10,810.00 5/24/23 = $10,810.00 5/31/23 = $10,810.00 | $75,670.00 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.7. **Everest Business Funding** 8200 NW 52nd Terrace 2nd Floor Miami, FL 33166 | 6/12/23 = $4,276.00 6/12/23 = $4,276.00 5/8/23 = $4,276.00 5/8/23 = $4,276.00 5/15/23 = $4,276.00 5/15/23 = $4,276.00 5/22/23 = $4,276.00 5/22/23 = $4,276.00 5/30/23 = $4,276.00 5/30/23 = $4,276.00 | $42,760.00 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.8. **Newtek Small Business Finance, LLC** 1981 Marcus Avenue, Suite 130 New Hyde Park, NY 11042 | $3,067.00 Monthly | $9,201.00 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

Debtor    **MATEO ENTERPRISE, INC. dba El Milagro Market**       Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.9. | **Newtek Small Business Finance, LLC**<br>**1981 Marcus Avenue, Suite 130**<br>**New Hyde Park, NY 11042** | **$4,509.00**<br>**Monthly** | **$13,527.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10 | **Capytal.com** | **5/2/23 =**<br>**$4,869.00**<br>**5/9/23 =**<br>**$8,115.00**<br>**5/16/23 =**<br>**$8,115.00**<br>**5/23/23 =**<br>**$8,115.00**<br>**5/30/23 =**<br>**$8,115.00** | **$37,329.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11 | **IOU Financial** | **5/10/23 =**<br>**$10,238.27** | **$10,238.27** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

Debtor   **MATEO ENTERPRISE, INC. dba El Milagro Market**          Case number *(if known)*

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| RBLX Funding, LLC<br>500 West Putnam Avenue<br>Suite 400<br>Greenwich, CT 06830 | Garnishment Order<br>Last 4 digits of account number: ____ | 6/28/23 -<br>Account No.<br>XX8499 =<br>$3.73<br>6/28/23 -<br>Account No.<br>XX9180 =<br>$36,885.61<br>6/28/23 -<br>Account No.<br>XX5300 =<br>$1,013.61<br>6/29/23 -<br>Account No.<br>XX9180 =<br>$620.47 | $38,523.42 |

### Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  RBLX FUNDING, LLC<br>vs.<br>MATEO ENTERPRISES, INC.<br>dba EL MILAGRO MARKET<br>and SALVADOR HERRERA<br>CARRERA<br>FST-CV-23-6062121-S | Complaint | Superior Court-State of<br>Connecticut<br>J.D. of Stamford/Norwalk<br>123 Hoyt Street<br>Stamford, CT 06905 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  WYNWEST ADVANCE, LLC<br>vs.<br>MATEO ENTERPRISE, INC.<br>dba EL MILAGRO MARKET<br>and SALVADOR HERRERA<br>CARRERA<br>518401/2023 | Complaint | Kings County Supreme<br>Court, Civil Term<br>State of New York<br>360 Adams Street<br>Kings County Civic Center<br>Brooklyn, NY 11201 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.  GRAND FUNDING SOURCE,<br>LLC<br>vs.<br>MATEO ENTERPRISE, INC.,<br>dba EL MILAGRO MARKET<br>and<br>SALVADOR HERRERA<br>CARRERA<br>E2023006893 | Complaint | Monroe County Supreme<br>Court<br>99 Exchange Blvd.<br>Hall of Justice<br>Room 545 - 5th Floor<br>Rochester, NY 14614 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4.  CLOUDFUND, LLC<br>vs.<br>MATEO ENTERPRISE, INC.<br>and SALVADOR HERRERA<br>CARRERA<br>610110/2023 | Complaint | Nassau County Supreme<br>Court<br>100 Supreme Court Drive<br>Mineola, NY 11501 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    __MATEO ENTERPRISE, INC. dba El Milagro Market__      Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | BIZFUND, LLC<br>vs.<br>MATEO ENTERPRISES, INC.<br>dba EL MILAGRO MARKET<br>and SALVADOR HERRERA<br>CARRERA<br>518547/2023 | Complaint | Kings County Supreme<br>Court<br>State of New York | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   **MATEO ENTERPRISE, INC. dba El Milagro Market**     Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.<br><br>Law Offices of Leonard K. Welsh<br>1800 30th Street, Fourth Floor<br>Bakersfield, CA 93301 | Debtor paid a retainer of $30,000.00 to the Law Offices of Leonard K. Welsh before the filing of Debtor's Voluntary Petition Under Chapter 11. The Law Offices of Leonard K. Welsh applied $10,735.00 of the retainer to fees and costs incurred before the filing of Debtor's Chapter 11 case. The balance of the retainer received from Debtor is on deposit in the Law Offices of Leonard K. Welsh's Attorney-Client Trust Account and will be credited against fees and costs incurred in Debtor's case. | 7/31/2023 | $10,735.00 |

Email or website address
**lwelsh@lkwelshlaw.com**

Who made the payment, if not debtor?

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Debtor | MATEO ENTERPRISE, INC. dba El Milagro Market | Case number *(if known)* | |
|---|---|---|---|

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:　Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:　Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Wells Fargo Bank** | **XXXX-4247** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **June 2023** | **$200.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

## Part 11:　Property the Debtor Holds or Controls That the Debtor Does Not Own

Debtor    **MATEO ENTERPRISE, INC. dba El Milagro Market**                    Case number *(if known)* _____

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ **None**

| Part 12: | **Details About Environment Information** |

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | **Details About the Debtor's Business or Connections to Any Business** |

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| | | | **Dates business existed** |
| 25.1. | **Mateo Enterprise, Inc.**<br>**dba El Milagro Market**<br>**11426 Pecos River Drive**<br>**Bakersfield, CA 93312** | **Market/Convience Store** | EIN:    **82-3040107**<br><br>From-To  **6/2/2017 to Present** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

Debtor   **MATEO ENTERPRISE, INC. dba El Milagro Market**          Case number *(if known)* _____

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Young-Woo Park** **3409 Calloway Drive, Ste. 502B** **09331-2000** | **2017 to Present** |
| 26a.2.  **Salvador Carrera** **11426 Pecos Driver Drive** **Bakersfield, CA 93312** | **2017 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Salvador Carrera** **11426 Pecos River Drive** **Bakersfield, CA 93312** | |
| 26c.2.  **Young-Woo Park** **3409 Calloway Drive, Suite 502B** **Bakersfield, CA 93312** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

### 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Salvador Carrera** | **11426 Pecos River Drive** **Bakersfield, CA 93312** | **Chief Executive Officer** **Secretary** **Chief Financial Officer** | **100** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

Debtor    **MATEO ENTERPRISE, INC. dba El Milagro Market**       Case number *(if known)* _____

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | **Maria Carrera**<br>**11426 Pecos River Drive**<br>**Bakersfield, CA 93312** | **$35,360.00** | **Per year** | **Wages** |
| | Relationship to debtor<br>**Wife of Shareholder** | | | |
| 30.2 | **Maria Magana**<br>**6208 Madan Street**<br>**Bakersfield, CA 93307** | **$35,360.00** | **per year** | **Wages** |
| | Relationship to debtor<br>**Sister-in-law of Shareholder** | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No

☐ Yes. Identify below.

Name of the parent corporation                           Employer Identification number of the parent corporation

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No

☐ Yes. Identify below.

Name of the pension fund                               Employer Identification number of the pension fund

Debtor   **MATEO ENTERPRISE, INC. dba El Milagro Market**          Case number *(if known)* _____

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 28, 2023

**/s/ Salvador Carrera**                              **Salvador Carrera**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes